Richard B. Brualdi (RB-1304)
Gaitri Boodhoo (GB-0643)
Sue Lee (SL-4305)
**THE BRUALDI LAW FIRM**
29 Broadway, Suite 2400
New York, New York 10006
Telephone:   (212) 952-0602
Facsimile:   (212) 952-0608

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
LEMON BAY PARTNERS LLP,                                  :
derivatively on behalf of DHB INDUSTRIES, INC.           :
:
Plaintiff,                              :
:   **CASE NO. 05 CV 4951**
-against-                                 :
:
DAVID H. BROOKS, SANDRA HATFIELD,                        :
DAWN MARIE SCHLEGEL, CARY                                :
LAWRENCE CHASIN, JEROME KRANTZ,                          :
BARRY BERKMAN, GARY NADELMAN, and                        :
WEISER, LLP                                              :
:
Defendants,                             :
:
-and-                                    :
:
DHB INDUSTRIES, INC.,                                    :
A Delaware Corporation,                                  :
:
Nominal Defendant.                      :
-------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily dismisses the above-captioned action against all defendants without prejudice. Plaintiff represents that it has not and will not receive any payment, direct or indirect, in connection with the dismissal of the action.

DATED: May 1, 2006                            THE BRUALDI LAW FIRM

                                             _____/s/ Richard B. Brualdi
                                             Richard B. Brualdi (RB-1304)
                                             Gaitri Boodhoo (GB-0643)
                                             Sue Lee (SL-4305)
                                             THE BRUALDI LAW FIRM
                                             29 Broadway, Suite 2400
                                             New York, NY 10016
                                             (212) 952-0602

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: May 5, 2006
Central Islip, NY