Richard B. Brualdi (RB-1304)
Gaitri Boodhoo (GB-0643)
Sue Lee (SL-4305)
**THE BRUALDI LAW FIRM**
29 Broadway, Suite 2400
New York, New York 10006
Telephone:   (212) 952-0602
Facsimile:   (212) 952-0608

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
LEMON BAY PARTNERS LLP,
derivatively on behalf of DHB INDUSTRIES, INC.

   Plaintiff,

   -against-                                                       **CASE NO. 05 CV 4951**

DAVID H. BROOKS, SANDRA HATFIELD,
DAWN MARIE SCHLEGEL, CARY
LAWRENCE CHASIN, JEROME KRANTZ,
BARRY BERKMAN, GARY NADELMAN, and
WEISER, LLP

   Defendants,

   -and-

DHB INDUSTRIES, INC.,
A Delaware Corporation,

   Nominal Defendant.
-------------------------------------------------------------x

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily dismisses the above-captioned action against all defendants without prejudice. Plaintiff represents that it has not and will not receive any payment, direct or indirect, in connection with the dismissal of the action.

DATED: May 1, 2006                                   THE BRUALDI LAW FIRM

                                          /s/ Richard B. Brualdi
                                     Richard B. Brualdi (RB-1304)
                                     Gaitri Boodhoo (GB-0643)
                                     Sue Lee (SL-4305)
                                     THE BRUALDI LAW FIRM
                                     29 Broadway, Suite 2400
                                     New York, NY 10016
                                     (212) 952-0602

```
SO ORDERED:
  /s/ JOANNA SEYBERT

Joanna Seybert, USDJ
Dated: May 5, 2006
       Central Islip, NY
```

2