```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
MOUSSA YEROUSHALAMI, et al.,
on behalf of themselves and
all others similarly situated,
                                                ORDER
                    Plaintiffs,                 05-CV-4296 (JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.,

                    Defendants.
-------------------------------X
JAMIE SUPRINA,
individually and on behalf of
all others similarly situated,

                    Plaintiff,                  05-CV-4330(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                    Defendants.
-------------------------------X
ROBERT PUCEK,
individually and on behalf of
all others similarly situated,

                    Plaintiff,                  05-CV-4331(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                    Defendants.
-------------------------------X
ERNEST GOTTDIENER,
individually and on behalf of
all others similarly situated,

                    Plaintiff,                  05-CV-4332(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.
                    Defendants.
```

```
-------------------------------X
THOMAS HUSTON,
Derivatively on behalf of DHB
Industries, Inc.,

                    Plaintiff,         05-CV-4345(JS)(ETB)

    -against-

DAVID H. BROOKS., et al.

                    Defendants.
-------------------------------X
HUI WANG,
individually and on behalf of
all others similarly situated,

                    Plaintiff,         05-CV-4380(JS)(ETB)

    -against-

DHB INDUSTRIES, INC., et al.

                    Defendants.
-------------------------------X
CAROL A. HELM,
Trustee of the Helm Trust dated
9-28-92, on behalf of herself
and all others similarly situated,

                    Plaintiff,         05-CV-4405(JS)(ETB)

    -against-

DHB INDUSTRIES, INC., et al.

                    Defendants.
-------------------------------X
BRUCE SIMONS,
individually and on behalf of
all others similarly situated,

                    Plaintiff,         05-CV-4408(JS)(ETB)

    -against-

DHB INDUSTRIES, INC., et al.
                    Defendants.
```

```
-------------------------------X
LSP PARTNERS, LP,
individually and on behalf of
all others similarly situated,

                    Plaintiff,         05-CV-4468(JS)(ETB)

    -against-

DHB INDUSTRIES, INC., et al.

                    Defendants.
-------------------------------X
DAVID BUSHNELL,
individually and on behalf of
all others similarly situated,

                    Plaintiff,         05-CV-4476(JS)(ETB)

    -against-

DHB INDUSTRIES, INC., et al.

                    Defendants.
-------------------------------X
TROY COREY,
individually and on behalf of
all others similarly situated,

                    Plaintiff,         05-CV-4491(JS)(ETB)

    -against-

DHB INDUSTRIES, INC., et al.

                    Defendants.
-------------------------------X
BRIAN ABRAMS,
Derivatively on Behalf of DHB
Industries, Inc.,

                    Plaintiff,         05-CV-4592(JS)(ETB)

    -against-

DAVID BROOKS, et al.

                    Defendants.
```

```
------------------------------X
ALICIA MOLLER,
individually and on behalf of
all others similarly situated,

                    Plaintiff,         05-CV-4888(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                    Defendants.
------------------------------X
GENE CORBETT,
individually and on behalf of
all others similarly situated,

                    Plaintiff,         05-CV-4919(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                    Defendants.
------------------------------X
LEMON  BAY PARTNERS LLP,
Derivatively on behalf of DHB
Industries, Inc.,

                    Plaintiff,         05-CV-4951(JS)(ETB)

        -against-

David H. Brooks., et al.

                    Defendants.
------------------------------X
GARY GELMAN,
individually and on behalf of
all others similarly situated,

                    Plaintiff,         05-CV-4886(JS)(ETB)

        -against-

DHB INDUSTRIES, INC., et al.

                    Defendants.
```

```
------------------------------X
```
PHILIP MAMOS,
individually and on behalf of
all others similarly situated,

                Plaintiff,      05-CV-5009(JS)(ETB)

     -against-

DHB INDUSTRIES, INC., et al.

               Defendants.
```
------------------------------X
```
ALVIN VIRAY,
derivatively on behalf of DHB
INDUSTRIES, INC.

                Plaintiff,      05-CV-5194(JS)(ETB)

     -against-

DAVID H. BROOKS, et al.

               Defendants.
```
------------------------------X
```
NECA-IBEW PENSION FUND (THE
DECATUR PLAN), et al,
individually and on behalf of
all others similarly situated,

                Plaintiffs,     05-CV-5209(JS)(ETB)

     -against-

DHB INDUSTRIES, INC., et al.

               Defendants.
```
------------------------------X
```
SEYBERT, District Judge:

       After review of the Report and Recommendation of Magistrate Judge E. Thomas Boyle, dated January 9, 2006, the Court hereby adopts in its entirety the Report and Recommendation.

Accordingly, the fifteen class action lawsuits are consolidated under the lead case with docket number 05-CV-4296 and with the caption <u>In re DHB Industries, Inc. Securities Litigation</u>. The four related derivative actions are consolidated under the lead case with docket number 05-CV-4345 and with the caption <u>In re DHB Industries, Inc. Derivative Litigation</u>.

The Court orders the parties to the class actions to file documents **ONLY** in the lead case for the class actions (05-CV-4296).[1] The Court orders the parties to the derivative actions to file documents **ONLY** in the lead case for the derivative actions (05-CV-4345).[1] The Clerk of the Court is ordered to CLOSE all other matters under the lead cases.

                                SO ORDERED.

                                /s/ **JOANNA SEYBERT**
                                Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
           May _10_, 2006

---

[1] <u>NOTE</u>: While filing documents via ECF, the parties are advised to **NOT** choose the "Spread Text" option. This will ensure that the documents are properly filed under the lead case and not any other related cases.

6